**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00859-CV

### KIRKSTALL ROAD ENTERPRISES, INC., Appellant

### V.

### ARKING JONES, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01794**

## ORDER

Before the Court is appellant's November 30, 2016 unopposed motion for extension of time to file appellant's reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed by **December 23, 2016**.

/s/    CRAIG STODDART
JUSTICE